**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

JOHN SMILEY

vs

**CASE NO** 20-60035
**CHAPTER:** 7

**DATE**: March 11, 2020
**PLACE**: Benton

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**:  James Ford            Appears

**COUNSEL FOR DEFENDANT:**

**PROCEEDINGS:** STATUS HRG RE: Disclosure of Attorney Compensation

**MINUTES OF COURT:**

Case is called for status hearing regarding Disclosure of Attorney Compensation. Charles Armgardt appears as counsel for James Ford. Mark Skaggs appears as counsel for the United States Trustee. Pursuant to the statements made in open court, counsel is to provide an itemized statement of fees and expenses within 30 days.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Thala Krieger
Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**